IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GEORGE DAVID OSTWALD, JR., <br><br> Plaintiff, <br><br> vs. <br><br> TOM GREEN and NURSE LAVATO, <br><br> Defendants. | CV 20-71-BLG-TJC <br><br> **ORDER** |

Plaintiff has filed a motion to extend the deadline to respond to Defendants' combined discovery requests until September 30, 2021.  (Doc. 25.)  Plaintiff failed to adhere to Local Rule 7.1(c), which requires the motion state that the other parties have been contacted and whether any party objects, and therefore the Court ordered Defendants to file responses to the motion.  (Doc. 26.)  Defendant Nurse Lavato responded and did not object to Plaintiff's requested extension and moved the Court to adjust the Scheduling Order (Doc. 13) to account for any continuance.  (Doc. 27.)  Defendant Tom Green objects.  (Doc. 28.)  The Court will grant Plaintiff's motion on a limited basis and will grant Defendant Lavato's request to amend the Scheduling Order.  Accordingly,

IT IS ORDERED that Plaintiff's motion for extension (Doc. 25) is GRANTED in part.  Plaintiff shall fully respond to Defendants' combined

discovery requests no later than **September 10, 2021**. Plaintiff is forewarned that the Court will not entertain further motions unless compliant with L.R. 7.1.

IT IS FURTHER ORDERED that the December 3, 2020 Scheduling Order (Doc. 13) be AMENDED as follows:

| | |
|---|---|
| Close of Discovery | **November 9, 2021** |
| Pretrial Motions & Briefs in Support | **December 9, 2021** |

**IT IS ORDERED.**

DATED this 20th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge