UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GEORGE DAVID OSTWALD, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>TOM GREEN AND NURSE LOVATO,<br><br>Defendant. | Case No. CV-20-71 -BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 36), Judgment is entered in favor of the Defendants and against the Plaintiff.

Dated this 1st day of February 2022.

TYLER P. GILMAN, CLERK

By: /s/ H. Gauthier
H. Gauthier, Deputy Clerk